DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
INA STANGENES, Bar No. 156559
istangenes@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
EXAR CORPORATION, SIPEX CORPORATION,
and RALPH SCHMITT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>SIPEX CORPORATION, a Delaware corporation; EXAR CORPORATION, a Delaware corporation; RALPH SCHMITT, an individual; and DOES 1 through 50,<br><br>    Defendants. | Case No. C07 05778 JF RS<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

*Stamps: ORIGINAL FILED 07 NOV 14 PM 4:05 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA S.J.; ADR; E-FILING*

---

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 13, 2007         BERGESON, LLP

                                  By: /s/ Ina Stangenes
                                      Ina Stangenes

                                  Attorneys for Defendants
                                  EXAR CORPORATION, SIPEX CORPORATION,
                                  and RALPH SCHMITT

- 1 -
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO.