1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  INA STANGENES, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Defendants
   EXAR CORPORATION, SIPEX CORPORATION,
8  and RALPH SCHMITT

ORIGINAL FILED
07 NOV 14 PM 4:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. CA S.J.

ADR
E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SIPEX CORPORATION, a Delaware corporation; EXAR CORPORATION, a Delaware corporation; RALPH SCHMITT, an individual; and DOES 1 through 50,<br><br>Defendants. | CASE NO. C07 05778 JF RS<br><br>**DEFENDANTS' DEMAND FOR JURY TRIAL** |

DEMAND FOR JURY TRIAL
CASE NO.

Defendants Sipex Corporation, a Delaware corporation, Exar Corporation, a Delaware corporation, and Ralph Schmitt, an individual (collectively "Defendants") hereby demand a jury trial for all issues triable by a jury in this action.

Dated: November 13, 2007        BERGESON, LLP


By: _____
     Ina Stangenes

Attorneys for Defendants
EXAR CORPORATION, SIPEX CORPORATION,
and RALPH SCHMITT

- 1 -
DEMAND FOR JURY TRIAL
CASE NO.