1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  INA STANGENES, Bar No. 156559
   istangenes@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  Attorneys for Defendants
   EXAR CORPORATION, SIPEX CORPORATION,
8  and RALPH SCHMITT

ORIGINAL FILED

07 NOV 14 PM 4:05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CYPRESS SEMICONDUCTOR CORPORATION,

  Plaintiff,

  vs.

SIPEX CORPORATION, a Delaware corporation; EXAR CORPORATION, a Delaware corporation; RALPH SCHMITT, an individual; and DOES 1 through 50,

  Defendants.

Case No. C07 05778 JF RS

DEFENDANTS' CERTIFICATE OF SERVICE RE DEMAND FOR JURY TRIAL

CERTIFICATE OF SERVICE RE DEMAND FOR JURY TRIAL
CASE NO.

## CERTIFICATE OF SERVICE

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On November 14, 2007, I served the within:

**DEMAND FOR JURY TRIAL**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

_X_   BY MAIL: I caused such envelope to be deposited in the mail at San Jose, California. I am readily familiar with Bergeson, LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this day. FRCP Title II, §5(b)(2)(B).

_X_   BY FACSIMILE: I caused said documents to be sent via facsimile to the interested party at the following facsimile listed below. FRCP Title II, §5(b)(2)(D).

**ATTORNEYS FOR PLAINTIFF**
**CYPRESS SEMICONDUCTOR CORPORATION**
Bradford K. Newman, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Five Palo Alto Square, 6th Floor
Palo Alto, CA 94306
Ph: 650.320.1800
Fax: 650.320.1900

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 14, 2007, at San Jose, California.

Gail Simmons

- 1 -
CERTIFICATE OF SERVICE RE DEMAND FOR JURY TRIAL
CASE NO.