ALLEN RUBY, ESQ. SB #47109
GLEN W. SCHOFIELD, ESQ. SB #47308
RUBY & SCHOFIELD
125 South Market Street, Suite 1001
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Defendant
RALPH SCHMITT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SIPEX CORPORATION, a Delaware corporation; EXAR CORPORTAION, a Delaware corporation; RALPH SCHMITT, an individual, et al.,<br><br>Defendants. | CASE NO. C-07 05778 JF<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that defendant RALPH SCHMITT substitutes Allen Ruby, Ruby & Schofield, 125 S. Market Street, Suite 1001, San Jose, California, 95113, Telephone 408-998-8500, as attorney of record in the above captioned matter in place of Bergeson, LLP.

I consent to this substitution.

Dated: November 29, 2007

BERGESON, LLP

by: _____
Michael W. Stebbins

SUBSTITUTION OF ATTORNEY       1

```
 1          I consent to this substitution.
 2    Dated: November 29, 2007.            RUBY & SCHOFIELD
 3
 4                                         _____
 5                                         ALLEN RUBY
 6
 7          IT IS SO ORDERED.
 8
 9    Dated; _____, 2007.
10
11                                         _____
12                                         JEREMY FOGEL
                                           Unites States District Court
13                                         Northern District of California
```

SUBSTITUTION OF ATTORNEY                                           2