```
1   ALLEN RUBY, ESQ. SB #47109
    GLEN W. SCHOFIELD, ESQ. SB #47308
2   RUBY & SCHOFIELD
    125 South Market Street, Suite 1001
3   San Jose, California 95113
    Telephone: (408) 998-8500
4

5   Attorneys for Defendant
    RALPH SCHMITT
6

7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION | CASE NO. C-07 05778 JF |
| Plaintiff, | **PROOF OF SERVICE BY MAIL** |
| v. | |
| SIPEX CORPORATION, a Delaware corporation; EXAR CORPORTAION, a Delaware corporation; RALPH SCHMITT, an individual, et al., | |
| Defendants. | |

I hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 125 South Market St., #1001, San Jose, CA 95113-2285.

On the date indicated below, I served by mail a true copy of the following document(s):

1. **NOTICE OF SUBSTITUTION OF ATTORNEY**

I am readily familiar with the firm's practice for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) was (were)

PROOF OF SERVICE BY MAIL                                                                 1

1  placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the
2  below listed parties and such envelope(s) was (were) placed for collection and deposit with
3  the United States Postal Service on the date listed below at 125 South Market St., #1001,
4  San Jose, California 95113-2285.

5
6  Bradford K. Newman, Esq.          Attorneys for Cypress Semiconductor Corporation
   Sarju A. Naran, Esq.
   Shannon S. Sevey, Esq.
7  Paul Hastings Janofsky & Walker
   Five Palo Alto Square, Sixth Floor
8  Palo Alto, Ca 94306

9       I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct.
11      Executed on November 29, 2007, at San Jose, California.
12
13                                    _____
                                      Marilyn Garibaldi
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE BY MAIL                                                                    2