*efiled 12/4/07

1  ALLEN RUBY, ESQ. SB #47109
   GLEN W. SCHOFIELD, ESQ. SB #47308
2  RUBY & SCHOFIELD
   125 South Market Street, Suite 1001
3  San Jose, California 95113
   Telephone: (408) 998-8500
4

5  Attorneys for Defendant
   RALPH SCHMITT
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  CYPRESS SEMICONDUCTOR          CASE NO. C-07 05778 JF
    CORPORATION
13
          Plaintiff,               NOTICE OF SUBSTITUTION OF
14                                 ATTORNEY
       v.
15
    SIPEX CORPORATION, a Delaware
16  corporation; EXAR CORPORTAION, a
    Delaware corporation; RALPH
17  SCHMITT, an individual, et al.,

18        Defendants.

19

20      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21      NOTICE IS HEREBY GIVEN that defendant RALPH SCHMITT substitutes Allen

22  Ruby, Ruby & Schofield, 125 S. Market Street, Suite 1001, San Jose, California, 95113,

23  Telephone 408-998-8500, as attorney of record in the above captioned matter in place of

24  Bergeson, LLP.

25      I consent to this substitution.

26  Dated: November 29, 2007        BERGESON, LLP

27

28                                  by: _____

    SUBSTITUTION OF ATTORNEY           Michael W. Stebbins              1

1    I consent to this substitution.

2    Dated:  November 29, 2007.                    RUBY & SCHOFIELD

3

4    _____

5                                                  ALLEN RUBY

6

7    IT IS SO ORDERED.

8

9    Dated;  _____12/4_____, 2007.

10

11   _____

12                                                  JEREMY FOGEL
                                                    Unites States District Court
13                                                 Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY                                              2