1  BRADFORD K. NEWMAN (SB# 178902)
   bradfordnewman@paulhastings.com
2  SARJU A. NARAN (SB# 215410)
   sarjunaran@paulhastings.com
3  SHANNON S. SEVEY (SB# 229319)
   shannonsevey@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1117 S. California Avenue
5  Palo Alto, CA  94304-1106
   Telephone:  (650) 320-1800
6  Facsimile:  (650) 320-1900

7  Attorneys for Plaintiff
   Cypress Semiconductor Corporation
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  CYPRESS SEMICONDUCTOR          CASE NO. C 07-05778 JF
    CORPORATION,
13                                 **ADR CERTIFICATION BY PARTIES AND COUNSEL**
              Plaintiff,
14
        vs.
15
    SIPEX CORPORATION, ET AL.,
16
              Defendant.
17

18         Pursuant to Civil L.R. 16-8b(b) and ADR L.R. 3-5 (b), each of the
19  undersigned certified that he or she has:
20
21         (1) Read the handbook entitled *"Dispute Resolution Procedures in the*
22  *Northern District of California"* on the Court's ADR Internet site
23  www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's*
24  *office for parties in cases not subject to the court's Electronic Case Filing program*
25  *(ECF) under General Order 45);*
26
           (2) Discussed the available dispute resolution options provided by the
27  Court and private entities; and
28

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: February 22, 2008        CYPRESS SEMICONDUCTOR CORPORATION

By: _____
DANIEL E. WALDMAN

DATED: February 22, 2008        BRADFORD K. NEWMAN
SARJU A. NARAN
SHANNON S. SEVEY
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
BRADFORD K. NEWMAN

Attorneys for Plaintiff
Cypress Semiconductor Corporation

Case No.

-2-