1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  INA STANGENES, Bar No. 156559
   istangenes@be-law.com
4  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
5  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
6  San Jose, CA 95110-271
   Telephone:  (408) 291-6200
7  Facsimile:   (408) 297-6000

8  Attorneys for Defendants
   EXAR CORPORATION and SIPEX CORPORATION
9

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14

| | |
|---|---|
| 15  CYPRESS SEMICONDUCTOR CORPORATION, | Case No. C07-05778 JF |
| 16 | |
|     Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| 17 | |
| 18     vs. | |
| 19  SIPEX CORPORATION, a Delaware corporation; EXAR CORPORATION, a Delaware corporation; RALPH SCHMITT, an individual; and DOES 1 through 50, | Judge:  Honorable Jeremy Fogel |
| 20 | |
| 21     Defendants. | |
| 22 | |

23

24

25

26

27

28

---

ADR CERTIFICATION                                           Case No. C07-05778 JF

1  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2  Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that she has read

3  either the handbook entitled "Dispute Resolution Procedures in the Northern District of

4  California," or the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the

5  available dispute resolution options provided by the Court and private entities, and considered

6  whether this case might benefit from any of them.

7

8  Dated: February    , 2008                    _____

                                                           Ina Stangenes, Attorney for Plaintiff

9                                                             EXAR CORPORATION and SIPEX CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2 |     Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: February    , 2008        _____
　　　　　　　　　　　　　　　　　　Thomas R. Melendrez for Defendants
　　　　　　　　　　　　　　　　　　Exar Corporation and Sipex Corporation