1 | SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2 | Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: February 26, 2008

_____
Ina Stangenes, Attorney for Defendants
EXAR CORPORATION and SIPEX CORPORATION

1    SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2       Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: February __, 2008

                                                Thomas R. Melendez for Defendants
                                                Exar Corporation and Sipex Corporation