1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  bradfordnewman@paulhastings.com
   SARJU A. NARAN (SB# 215410)
3  sarjunaran@paulhastings.com
   SHANNON S. SEVEY (SB# 229319)
4  shannonsevey@paulhastings.com
   1117 S. California Avenue
5  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
6  Facsimile: (650) 320-1900

7  Attorneys for Plaintiff
   Cypress Semiconductor Corporation
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | CYPRESS SEMICONDUCTOR         | CASE NO. C 07-05778 JF
   | CORPORATION,                  |
13 |                               | **PLAINTIFFS' CERTIFICATION OF**
   |        Plaintiff,             | **INTERESTED ENTITIES OR PERSONS**
14 |                               |
   |   vs.                         |
15 |                               |
   | SIPEX CORPORATION, ET AL.,    |
16 |                               |
   |        Defendant.             |
17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16, Plaintiff Cypress Semiconductor Corporation ("Cypress") hereby makes the following Certification of Interested Entities or Persons:

Cypress certifies that, other than the named party, it is not aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of this proceeding.

DATED: March 12, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN
SARJU A. NARAN
SHANNON S. SEVEY

By: _____
SARJU A. NARAN

Attorneys for Plaintiff
Cypress Semiconductor Corporation