UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, March 14, 2008
**Case Number:** CV-07-5778-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | CYPRESS SEMICONDUCTOR CORP. V. SIPEX CORP., ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Bradford Newman | Attorneys Present: Ina Stangenes for Sipex and Exar<br>Alan Ruby for Schmitt |

PROCEEDINGS:
   Case management conference held.   Parties are present.  Parties to participate in private mediation or settlement conference with Magistrate Judge Seeborg prior to 5/16/08.  Continued to 5/16/08 at 10:30 a.m. for further case management conference.