PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
SARJU A. NARAN (SB# 215410)
sarjunaran@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiff
CYPRESS SEMICONDUCTOR CORPORATION


DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
INA STANGENES, Bar No. 156559
istangenes@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-271
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendants
EXAR CORPORATION and SIPEX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SIPEX CORPORATION, a Delaware corporation; EXAR CORPORATION, a Delaware corporation; RALPH SCHMITT, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No. C07-05778 JF<br><br>**JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT**<br>**[Local Rule 16-10(d)]**<br><br>Judge:  Honorable Jeremy Fogel<br><br>Complaint Filed:       October 12, 2007 |

## JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT

Pursuant to Fed. R. Civ. Proc. 26(f) and Northern District of California Local Rule 16-10(d), Plaintiff CYPRESS SEMICONDUCTOR CORPORATION ("Cypress") and Defendants EXAR CORPORATION, SIPEX CORPORATION and RALPH SCHMITT ("Defendants") hereby submit the following Joint Subsequent Case Management Statement:

## CASE MANAGEMENT UPDATE:

At the March 14, 2008 Initial Case Management Conference, the Court stayed discovery in this action so the parties could participate in a Settlement Conference with Judge Richard Seeborg. The Settlement Conference is scheduled to occur tomorrow, Tuesday, May 14, 2008. The parties will advise the Court of the outcome of the Settlement Conference at the May 16, 2008 Subsequent Case Management Conference.

Dated: May 12, 2008          PAUL, HASTINGS, JANOFSKY & WALKER, LLP

_____/s/_____
Sarju A. Naran
Attorneys for Plaintiff Cypress Semiconductor Corporation

Dated: May 12, 2008          BERGESON, LLP

_____/s/_____
Ina Stangenes
Attorneys for Defendants Exar Corporation and Sipex Corporation

Dated: May 12, 2008          LAW OFFICES OF ALLEN RUBY

_____/s/_____
Allen Ruby
Attorneys for Defendant Ralph Schmitt