UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __4h20m__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__                              DATE: __5/13/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                                     CASE #:  __C 07-05778JF(RS)__

CASE TITLE: __CYPRESS SEMICONDUCTOR__  VS.  __SIPEX CORPORATION, ET AL__

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| BRAD NEWMAN | DANIEL J. BERGESON, INA STANGENES |
| DAN WALDMAN | ALLEN RUBY |
|  | DEAN A. PAPPAS |

**TODAY'S PROCEEDINGS**

{X} SETTLEMENT CONF.   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1. _____
{ }     { }     { }     2. _____
{ }     { }     { }     3. _____
{ }     { }     { }     4. _____

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED     [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: __CONFIDENTIAL SETTLEMENT IS PLACED ON THE RECORD. THE RECORD IS ORDERED SEALED.__